UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                               Case No. 11-CR-122

DORI FRANCES MC GESHICK,

        Defendant.

## ORDER DENYING MOTION FOR STAY PENDING APPEAL

Defendant Dori Frances Mc Geshick was ordered to serve a fifteen month prison term as a sentence for obtaining by fraud and converting property owned by the federal government contrary to 18 U.S.C. § 666(a)(1)(A) and (B). She was sentenced on April 4, 2012, and granted voluntary surrender. She has now filed a motion to stay her sentence pending appeal, and notes that her reporting date is May 8, 2012. The motion sets forth no basis for the appeal. In other words, she does not indicate any grounds upon which the Court could conclude that her appeal may be successful.

As the Government notes, in order for a stay pending appeal to be granted, McGeshick must show that her appeal "is not for the purpose of delay and raises a substantial question or law of fact likely to result in" reversal, a new trial, a non-prison sentence, or a time served prison sentence. 18 U.S.C. § 3143(b). McGeshick indicates in her motion that she intends to claim ineffectiveness of counsel. However, her motion does not detail any manner in which counsel provided representation that was not effective and somehow prejudicial to her defense. In other words, she fails to provide

any basis upon which the Court could conclude that the appeal is not for purposes of delay. Under these circumstances, the motion will be denied.

**SO ORDERED** this   3rd    day of May, 2012.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge